Ryan et al. *v.* Anderson.

---

---

## SPRINGFIELD, JANUARY TERM, 1861.

---

MARTIN RYAN *et al. v.* JAMES L. ANDERSON.

Where parties by agreement consent to an appeal, it will be sustained, although error was the appropriate remedy.

THIS was a motion to dismiss an appeal, because the judgment below was for costs only, and the action did not relate to a franchise or freehold; and because the judgment was in favor of the parties appealing; and they did not sign the appeal bond.

The record shows the following agreement: "It is agreed that this case may be appealed to the Supreme Court upon the bond of William McMurphy, R. M. Worthington, and George Metz, directors of said township, without further security."

The action was commenced by certain parties, as collector, treasurer and school trustees of township two, etc., in Schuyler county.

O. C. SKINNER, for the Motion.

C. L. HIGBEE, *Contra.*

*Per Curiam.* The court having jurisdiction of the subject matter, consent will give jurisdiction over the person; by agreement, these parties are properly in court. Although error was the appropriate mode of procedure to bring the parties before the court, yet the remedy does not depend upon the process, and the agreement precludes the parties from taking advantage of the means adopted to bring them before this tribunal.

*Motion denied.*